Dismissed and Memorandum Opinion filed May 26, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01170-CR

____________

 

LAMARCUS DEMOND MAPLE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 1165311

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices
Frost, Jamison, and McCally.

Do Not Publish C Tex. R. App. P. 47.2(b)